IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| -versus- ) | |
| ) | CRIMINAL NUMBER: 2:16-CR-378 |
| MICHAEL THOMAS SLAGER, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S REPLY TO GOVERNMENT'S MOTIONS FOR DISCLOSURE OF DEFENSE WITNESS LIST, DISCLOSURE OF DEFENSE EXPERT WITNESSES, AND FOR RECIPROCAL DISCOVERY

The United States has filed motions requesting the Court to order production of the Defendant's witness list (ECF #41), the disclosure of the expert witnesses that the Defendant intends to introduce at trial (ECF #42), and for reciprocal discovery from the Defendant (ECF #43). These motions were filed before the Court granted a continuance in this case until the first 2017 term of court. (ECF # 45,46).

The Defendant is facing trial in South Carolina General Sessions Court beginning on October 31, 2016, based on the same facts and circumstances underlying the federal charges. Until the conclusion of that trial, it is unknown and unknowable which witnesses that Mr. Slager will call for the federal case; which, if any, experts will be utilized by Mr. Slager in defense of the charges pending in the federal indictment; and what, if any, reciprocal discovery obligations will be generated by the State trial.

Therefore, Slager respectfully requests that these motions be held in abeyance as unripe until the conclusion of the State of South Carolina v. Michael Slager trial. Counsel for Slager consulted with the Government's counsel before filing this motion, and they do not oppose holding these motions in abeyance until a future date.

        Respectfully submitted,

        SAVAGE LAW FIRM
        15 Prioleau Street
        Charleston, SC  29401
        Telephone:  (843) 720-7470

        BY:   s/Donald L. McCune, Jr.
             DONALD L. MCCUNE, JR
             Federal ID Number:  11474

             ATTORNEY FOR DEFENDANT

Charleston, South Carolina

September 14, 2016