**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | C/R/ No.: 2:16-00378 |
| ) | |
| -vs- ) | |
| ) | **SCHEDULING ORDER** |
| MICHAEL SLAGER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

This matter is before the court for the purposes of establishing a scheduling order that allows the parties sufficient time to complete discovery, file any necessary motions, and prepare for trial.

1. <u>Juror Questionnaire</u>: The parties are instructed to submit their proposed juror questionnaire to the court no later than **January 17, 2017.**

2. <u>Motions</u>: All motions, including Daubert motions shall be filed no later than **February 3, 2017.** Responses shall be filed no later than **February 17, 2017.**

3. <u>Motions Hearing</u>: All pretrial motions shall be heard on or after **March 1, 2017.**

4. <u>Jury Selection</u>: Jury Selection will be held on or after **May 1, 2017,** with trial beginning immediately after the installation of the jury panel.

**AND IT IS SO ORDERED.**

_____
David C. Norton
United States District Judge

December 22, 2016
Charleston, South Carolina