# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | C/R/ No.: 2:16-00378 |
| ) | |
| -vs-   ) | |
| ) | **ORDER** |
| MICHAEL SLAGER,   ) | |
| ) | |
| Defendant.   ) | |
| ) | |

This matter is before the court upon defendant's motion for a district-wide petit jury. This motion was filed on January 9, 2017. On January 19, 2017, the government filed its response in opposition. After careful consideration of the briefs, it is therefore

**ORDERED** that defendant's motion for a district-wide petit jury is **GRANTED.**

**IT IS FURTHER ORDERED** that jury selection will be held on Tuesday, May 9, 2017 in Columbia, South Carolina. The trial will begin on Monday, May 15, 2017 in Charleston, South Carolina.

**AND IT IS SO ORDERED.**

_____
David C. Norton
United States District Judge

February 13, 2017
Charleston, South Carolina