IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO.: 2:16-cr-378 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -versus- | ) | **MOTION IN LIMINE TO PROHIBIT** |
| | ) | **REFERENCE TO SUFFERING OF** |
| MICHAEL THOMAS SLAGER, | ) | **WALTER SCOTT OR HIS FAMILY** |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Michael T. Slager ("Slager"), by and through his undersigned attorney, moves this Court for an Order prohibiting testimony regarding the alleged suffering (physical, mental, employment, financial, or in any other way) of Walter Scott or his family herein.

    Such testimony is irrelevant and would inject an arbitrary factor into the jury's deliberations, in violation of the Slager's right of due process of law under the United States Constitution.

                                              Respectfully Submitted,

BY:   *S/Andrew J. Savage, III*
          ANDREW J. SAVAGE, III
          Federal ID Number. 3734
          SAVAGE LAW FIRM
          15 Prioleau Street
          Charleston, SC 29401
          Telephone: 843-720-7470

BY:   *S/Shaun C. Kent*
          SHAUN C. KENT
          Federal ID Number: 9326
          KENT LAW FIRM, LLC
          19 South Mill Street
          Post Office box 117
          Manning, SC 29102
          Telephone: 803-433-5368

          ATTORNEYS FOR DEFENDANT

Charleston, South Carolina
March 15, 2017