IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO.: 2:16-cr-378 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -versus- | ) | **MOTION IN LIMINE REGARDING** |
| | ) | **MENTAL STATE TESTIMONY** |
| MICHAEL THOMAS SLAGER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Michael T. Slager, by and through his undersigned attorney, asks this Honorable Court for the entry of an Order instructing the United States any of the United States' witnesses in this case to refrain from voicing their opinions on the issue of whether Michael Slager had the mental state or condition that constitutes an element of the crime charged. This motion is made pursuant to Fed. R. Evid. 704.

Respectfully Submitted,

BY: *S/Andrew J. Savage, III*
ANDREW J. SAVAGE, III
Federal ID Number. 3734
SAVAGE LAW FIRM
15 Prioleau Street
Charleston, SC 29401
Telephone: 843-720-7470

BY: *S/Shaun C. Kent*
SHAUN C. KENT
Federal ID Number: 9326
KENT LAW FIRM, LLC
19 South Mill Street
Post Office box 117
Manning, SC 29102
Telephone: 803-433-5368

ATTORNEYS FOR DEFENDANT

Charleston, South Carolina
March 15, 2017