UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 2:16-cr-00378-DCN |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL SLAGER | ) | NOTICE OF APPEARANCE |

I, Rose E. Gibson, hereby notify this Honorable Court that I will appear on behalf of the United States in the above-named case.

Please copy me with any correspondence in this matter to me at the address listed below.

Respectfully submitted this 10th day of April, 2017.

Respectfully submitted,

s/Rose E. Gibson
Rose E. Gibson, Trial Attorney
U.S. Department of Justice
Civil Rights Division
Patrick Hendry Building
601 D Street, NW
Washington, DC   20004

Telephone: (202) 616-4571