IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

**UNITED STATES OF AMERICA**

**VS**     CR NO. **2:16-CR-00378-DCN**

**MICHAEL SLAGER**

# PLEA

The defendant, **MICHAEL SLAGER**, having withdrawn his plea of Not Guilty entered May 11, 2016 pleads guilty to **Count(s)** __1__ of the **Indictment**, after arraignment in open court.

_____
(Signed) Defendant

Charleston, South Carolina
May 2, 2017