IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO.: 2:16-378 |
| ) | |
| ) | NOTICE OF REQUEST FOR |
| vs. ) | PROTECTION FROM COURT |
| ) | APPEARANCE |
| ) | |
| **MICHAEL SLAGER** ) | |

_____

The United States of America, through its undersigned Assistant United States Attorney, hereby requests protection from court appearances for the dates of Wednesday, September 13, 2017, through Friday, September 15, 2017. Counsel is scheduled to be out of the state during this time. At this time, Counsel has no scheduled court appearances which conflict with these dates.

Respectfully submitted,

BETH DRAKE
UNITED STATES ATTORNEY


By:   s/*Eric J. Klumb*
        Eric J. Klumb, I.D. No#01671
        Assistant United States Attorney
        151 Meeting Street, Suite 200
        Charleston, SC 29402

August 14, 2017