UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.:   2:16-cr-00378-DCN |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL SLAGER | ) | NOTICE OF APPEARANCE |

I, Nathan S. Williams, hereby notify this Honorable Court that I will appear on behalf of the United States in the above-named case.

Please direct any correspondence in this matter to me at the address listed below; and remove Eric Klumb as counsel of record for the United States.

Respectfully submitted this 6th day of September, 2017.

Respectfully submitted,

 s/Nathan S. Williams
Nathan S. Williams (I.D. No. 10400)
Assistant United States Attorney
151 Meeting Street, Suite 200
Charleston, South Carolina 29401

Telephone: (843) 266-1671