**IN THE UNTED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | Criminal No. 2:16-378 DCN |
| | ) | |
| vs. | ) | |
| | ) | **AMENDED DECORUM ORDER** |
| Michael Slager | ) | |
| | ) | |
| _____ | ) | |

To ensure that the sentencing proceedings in this matter are conducted in an orderly manner conducive to a fair adjudication, it is ORDERED that:

1. Sentencing of this matter will be held in Courtroom 6 of the Charleston Federal Courthouse located at 85 Broad Street, Charleston, South Carolina on December 4, 2017 at 9:30 A.M.  During sentencing, there will generally be a short mid-morning break, a one-hour lunch break, and a short mid-afternoon break.  The schedule is subject to change as conditions warrant, and scheduling updates will be posted on the Court's website.

2. The courthouse will open 1.5 hours prior to the start of scheduled proceedings each day. In order to enter the Courthouse, all individuals must present valid government-issued photo identification, such as a driver's license or passport.

3. Members of the media must register and receive court-issued credentials in order to bring electronic equipment into the courthouse, to gain admission to the media overflow room, or to conduct interviews in a court-approved interview area outside the Courthouse. Credentialed media representatives must wear a court-issued photo ID badge at all times while inside the Courthouse, immediately outside any Courthouse entrance, or in the designated interview area.  Information on how to register for media credentials, and

where to pick up a media badge, will be available on the District of South Carolina

website (http://www.scd.uscourts.gov/cases/2-16-378.asp).  Reporters are strongly

encouraged to register online by November 27, 2017 if they wish to obtain their badges

before the scheduled start of sentencing (December 4, 2017).

4.  No cameras or video or audio recording devices of any kind, including cell phones or

multi-media enabled smart phones, cameras, laptop computers, tablets, video cameras, or

any devices with similar functionality are permitted in the Courthouse at any time except

as provided in this Order, or in the Court's Standing Order regarding the use of electronic

devices in courtroom facilities, available at

http://www.scd.uscourts.gov/Court/OrderReElecDevices.pdf.  Credentialed members of

the media may bring such electronics into the Courthouse, but members of the media may

only use such devices in the Media Room in accordance with this Order.[1]  Members of

the media may not bring such devices into the courtroom and may not use such devices

outside the Media Room.

5.  No person shall take any photograph, make any recording, or make any broadcast by any

means, at any time within the Charleston Federal Courthouse.

6.  Courtroom

    a.  Attendees in the courtroom may not converse or make gestures or sounds that are

    disruptive to the proceedings.  Attendees in the Courtroom should remain seated

    until the Court recesses.

---

[1] Additional details on how members of the media may obtain a Courthouse credential is
available on the Court's website at http://www.scd.uscourts.gov/cases/2-16-378.asp.

b.  No one observing the proceedings in the Courtroom or any overflow location may wear or carry any clothing, buttons, or other items that carry any message or symbol addressing the issues related to this case.

c.  No food or beverage is permitted in the Courtroom, except that counsel, court staff, and witnesses on the witness stand may have water.

d.  There are approximately eighty (80) seats available for the general public in Courtroom 6.  Two rows of seats will be allocated for victims or victims' families. Additional seats will be allocated for Defendant's family, and for media and sketch artists.[2]  The remaining seats will be available to the general public on a first-arrive, first-seated basis.

e.  The Courtroom will open one (1) hour prior to the commencement of proceedings for the day.  To retain their allocated seat, members of the media and other attendees with allocated seating must be seated fifteen (15) minutes prior to the commencement of proceedings for the day.  Starting fifteen (15) minutes prior to the commencement of proceedings each day, the general public will be allowed to take any open seat on a first-arrive, first-seated basis.

7.  Overflow Location for the Public

a.  If necessary, overflow seating will be available for the general public in Courtroom 5 .  A live audio and video feed from the proceedings will be provided.  A court-controlled closed-circuit video camera will be fixed on the witnesses, counsel, and the Court.  Unless otherwise ordered, seating in the overflow courtroom is on a first-arrived, first-seated basis.

---

[2] The Clerk's Office will provide additional details about how these seats will be allocated.

    b.  A Court Security Officer or other Court staff shall be present in the overflow courtroom at all times when the Court is in session to enforce decorum and ensure compliance with this Court's orders.

    c.  No food or beverage, except water for on-duty Court staff, is permitted in the overflow Courtroom.

    d.  The overflow Courtroom will open one (1) hour prior to the commencement of proceedings for the day.

8.  Media Room

    a.  Overflow seating will be available for the media in the Jury Assembly Room located at 85 Broad Street, Charleston, South Carolina ("Media Room"). A live audio and video feed from the sentencing proceedings will be provided while Court is in session. A court-controlled closed-circuit video camera will be fixed on the witnesses, counsel, and the Court. Only credentialed members of the media are permitted to enter the Media Room. Unless otherwise directed by the Clerk's Office, seating in the Media Room is on a first-arrive, first-seated basis.

    b.  A Court Security Officer and/or other Court staff shall be present in the Media Room at all times when the Court is in session to enforce decorum and ensure compliance with this Court's orders.

    c.  Credentialed members of the media may bring certain types of food into the Courthouse and the Media Room under the following conditions:

        (1)  Credentialed members of the media may bring "brown bag" type lunches and similar food into the Courthouse, but no "hot" food (e.g., recently cooked take-out) will be allowed;

(2)  All food must be sealed in a transparent plastic bag (e.g., Ziploc bag) to assist in visual security inspection upon entrance to the Courthouse;

(3)  Court Security Officers will be the final arbitrators over whether a particular type of food will be allowed in the Courthouse, and individuals must follow their instructions.

(4)  Food may only be consumed in the Media Room or outside the Courthouse; food is not allowed in the Courtroom, the Public Overflow Courtroom, or the Courthouse hallways;

(5)  All food leftovers must be promptly disposed of and members of the media must clean up after themselves;

(6)  No liquids may be brought into the Courthouse; and

(7)  Any violation of these rules by any person may result in revocation of food privileges in the Media Room or other sanctions as deemed appropriate by the Court.

d.  Credentialed members of the media may bring electronic devices into the Media Room and use such devices in the Media Room, to write and transmit written content and to make telephone calls.  However, no member of the media shall take any photograph, make any recording, or make any broadcast by any means, at any time in the Media Room or anywhere else within the Charleston Federal Courthouse.[3]  Any violation of this prohibition may result in the banning of all laptops or recording devices or the closing of the Media Room for the duration of sentencing.  The Court may enter contempt sanctions against any violator and, if

---

[3] See Paragraph 9 below for details on a designated outdoor area for such activities.

attending in the capacity of an employee or agent, against the employer or principal.

 e. The Court will not provide internet access in the Media Room.  However, members of the media may bring their own internet access devices, such as Wi-Fi cards and hotspot devices.

 f. Unless otherwise ordered, the Media Room will open one (1) hour prior to the commencement of proceedings for the day and close at 6:00 P.M. each day.

9. To assist with overall security and general public access to the courthouse, the Court has designated the Federal Courthouse Garden on Meeting Street for media use throughout the proceedings.  This is the only area where press conferences, interviews, still pictures, and film coverage can be activated and conducted on courthouse grounds.  During proceedings in this matter, the Federal Courthouse Garden will open when the Courthouse opens and will be closed at 7:00 P.M.  Court security will lock all gates to the Federal Courthouse Garden promptly at 7:00 P.M.  Therefore, all person must exit and all equipment must be removed from the Federal Courthouse Garden *prior* to 7:00 P.M.  Any violation of this rule by any person may result in exclusion from the Federal Courthouse Garden, revocation of media credentials and media coverage privileges, or other sanctions as deemed appropriate by the Court.

10. For safety reasons, no individual may block and no activity may take place at any point of ingress or egress to the Courthouse itself.

11. As needed, updates to the media and public will be made on the District website.  Any media inquiries should be directed to media@scd.uscourts.gov or 843-579-2679.

12. The United States Marshal, his Deputies, and Court Security Officers shall be responsible for maintaining order and decorum in the courthouse. All orders given by the Marshal, his Deputies, and Court Security Officers shall be deemed orders of this Court and must be complied with promptly. Failure by any person to do so may subject such person to sanctions by the Court, including, but not limited to, exclusion from the trial courtroom or the courthouse.

13. This Order may be modified or amended at any time by the Court without notice.

14. Any violation of any portion of this Order by any person may result in exclusion from the Courtroom or the Courthouse, revocation of media credentials and media coverage privileges, or other sanctions as deemed appropriate by the Court.

AND IT IS SO ORDERED.

_____
David C. Norton
United States District Judge

November 16, 2017
Charleston, South Carolina