

CASE # S-15-0027

## VOLUNTARY STATEMENT

LEAD # _____

| LAST NAME Bowman | FIRST NAME Daniel | MIDDLE NAME Lee | AGE 47 | D.O.B. 8/11/1967 |
|---|---|---|---|---|
| NICKNAME/AKA | M ☒ F ☐ | SSN | STREET ADDRESS 2500 City Hall Lane | |
| CITY N. Charleston | STATE SC | ZIP 29406 | MAILING ADDRESS IF DIFFERENT | |
| HOME TELEPHONE | WORK TELEPHONE | CELL TELEPHONE | OCCUPATION Police officer | |
| EMPLOYER City of North Charleston | | EMPLOYER ADDRESS 2500 City Hall Lane | | |
| DRIVER'S LICENSE NUMBER/STATE | | DATE AND TIME OF INTERVIEW 4-7-2015 3:30pm | | |
| LOCATION OF INTERVIEW North Charleston PD headquarters | | | | |
| INTERVIEWING AGENT Lt Barfield | DEPARTMENT SLED | INTERVIEWING AGENT Lt. J. Harley | DEPARTMENT | |

I, Daniel Bowman, understand I do not have to say anything, and I volunteer the following information of my own free will, for whatever purposes it may serve. I ⓒan cannot read and write and completed the 14 grade in school.

I have reviewed my written statement with Lt. Harley and Agent Barfield with SLED and I am answering the following questions at this time.

Q: Have you spoke with officer Slager since the incident?
A: Yes. I spoke with officer Slager yesterday (4-6-2015). We did not discuss the incident, I was just checking on his well being.

Q: Did officer Slager know the driver of the vehicle had an outstanding warrant on him?
A: No, not to my knowledge. We found out this information later on.

I have read each page of this statement consisting of _____ page(s), each page of which bears my signature, and corrections, if any, bears my initials, and I certify that the facts contained herein are true and correct.

Date: 4-7-2015  Time: 3:48  Signature: Daniel Bowman

WITNESS: ____Barfield____  WITNESS: _____

I certify that I have been given a copy of this statement consisting of _____ pages.

Form # CF-002 (Rev. 7-24-06)
CALEA 1.2.3, 44.2.3

R5 SAW 96

*21-15-0027*
*Statement of Daniel Bowman*

April 7, 2015

*QB* This is the statement of Lieutenant Daniel Bowman with the North Charleston Police Department in regards to the officer involved shooting that took place off of Craig Street on Saturday, April 4, 2015. I was the Watch Commander for the entire City on this date. When the call was broadcast over the radio that shots had been fired I responded from the Chicora/Cherokee neighborhood, which is in the South end of the City. I also placed a call to the Duty Captain (Ken Hagge), notifying him of the incident. Upon my arrival I observed Sergeant Gann aiding EMS and NCFD Fire personnel rendering emergency aid to the suspect. I located Officer Slager, who was sitting in a patrol vehicle at the scene. After I determined the scene to be secure I spoke with Officer Slager and asked him what had happened. He gave the following account of the incident: *QB*

*QB* He conducted a traffic stop on a vehicle in which the suspect was the driver. The stop was for an equipment violation; a defective brake light. After gathering the suspect's information, Officer Slager returned to his cruiser to utilize his MDT (laptop computer) and check the suspect for outstanding warrants. While doing so Officer Slager observed the suspect exit the vehicle and flee on foot down Craig Street towards the Singing Pines neighborhood. Officer Slager then gave chase on foot. The foot pursuit then went to a vacant field that leads to Rivers Avenue. Officer Slager then utilized his Taser and discharged a cartridge at the suspect. Officer Slager believed that both probes from the Taser did not make contact and the foot chase continued. Officer Slager was able to put another cartridge onto his Taser and deploy it a second time. This deployment achieved the compliance of the suspect and he fell to the ground. Officer Slager then approached with the intent to handcuff the suspect. The suspect was not compliant with Officer Slagers commands to put his hands behind his back. Officer Slager then used his Taser to "drive stun" the suspect two times, once on the side and once in the back. This did not gain the victim's compliance and was able to roll over onto his back. Officer Slager and the suspect were now facing each other. The suspect was trying to get up from the ground and Officer Slager was attempting to keep him down by placing his forearm across the suspect's neck. At this time the suspect was able to use both hands and grab the Taser. After a short struggle for the Taser the suspect was able to wrestle it away. The suspect then stood up and pointed the Taser at Officer Slager. Officer Slager then drew his weapon as he was returning to the standing position and fired multiple times. He was not positive how many times he had fired his weapon but thought it was at least 6. He then noticed blood coming from the suspect, who was now on the ground. Officer Slager then rendered emergency aid until other officers arrived seconds later. He was then escorted to a patrol car. Upon walking to my vehicle we walked by the scene and markers had been put out marking the location of spent shell casings. Officer Slager then stated that he must have fired 6 times because 6 casings had been marked when we walked by. *QB*

*Daniel Bowman*
*4-7-2015*

DB I then removed Officer Slager from the scene and he sat inside my vehicle, which was parked on Craig Street across from the Advanced Auto Parts store. I made contact with our dispatcher and requested a call from the on call SLED investigator. While waiting for this call I informed Captain Hagge and DC Deckard what I knew so far. DB

DB After speaking with SLED agents over the phone, I transported Officer Slager to our headquarters to await a SLED Crime Scene agent. Upon her arrival she collected evidence from Officer Slager to include his duty weapon, Taser, one magazine and all remaining bullets inside the magazine. His uniform shirt and pants were also collected. I then transported him for a urinalysis and drug screening at Low Country Drug Screening on Goer Drive. I then transported Officer Slager to Roper St. Francis Northwood Hospital for treatment for abrasions to both knees and a small laceration to a finger. He sustained these injuries during the struggle with the suspect. DB

This ends my statement.

*Daniel Bowman 4-7-2015*